[No. 12003-1-III.   Division Three.   May 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARDO SALAS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-1-00206-9; Donald W. Schacht, J., entered October 2, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 28978-1-I.   Division One.   June 1, 1993.]

*In the Matter of the Personal Restraint of*
J.D. (GERALD) ENQUIST, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 28579-3-I.   Division One.   June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05484-1, Frank J. Eberharter, J., entered May 13, 1991. *Reversed* by unpublished per curiam opinion.

[No. 29424-5-I.   Division One.   June 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALTHEA ANN GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-02353-2, Faith Enyeart, J., entered October 7, 1991. *Dismissed* by unpublished per curiam opinion.